ACCEPTED
03-14-00463-CV
5169612
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 10:28:16 AM
JEFFREY D. KYLE
CLERK

# PAUL C. VELTE IV

### LAWYER & COUNSELOR

109 E. HOPKINS STREET
SUITE 204
SAN MARCOS, TEXAS  78666

E-mail: velte@ptexans.com
Phone 512-353-2299
fax 512-476-9504

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 10:28:16 AM
JEFFREY D. KYLE
Clerk



May 5, 2015

TO:  All Parties to Suit & Court Staff

RE:  Vacation Letter


Dear Sirs:

Please note that I am designating July 3 – July 19, 2015, for a vacation.  I ask that you not schedule any hearings, depositions, or similar matters during this two week period.

If there is an absolute need to contact me, please do so at my cell at 512.296.5563.

Your courtesy is appreciated.

Sincerely yours,

Paul C. Velte IV


PS.  This notice is being filed in the following causes and served on counsel of record in each:

CR 14-0452, 14-1801CR, 14-1451CR, and 14-1450CR State v. Saunders  (Hays Co.)
CR 14-0754, CR 14-0462, and 13-2949CR State v. Burrier (Hays Co.)
D-1-GN-14-0043921 Maddalena v. Gerretzen (Travis Co.)
C-1-CV-14-011727 Golson v. Synchro Custom Homes (Travis Co.)
D-1-GN-12-002100 Martinez v. Sullivan (Travis Co.)
C-1-CV-14-004232 Titel v. Melchor (Travis Co.)
14-463-CV Titel v. Melchor (Third Court of Appeals)
C-1-CR-15-205896 State v. Walker (Travis Co.)
C-1-CR-15-202393 State v. Kuenstler (Travis Co.)
C-1-PB-088307 Estate of Kirksey (Travis Co.)
No. 8309218 State v. Riley (Austin)
No. 1565A Oehler v. Shoemaker (Kerr Co.)
State v. Walker, (Justice of the Peace, Pct. 5, Travis Co.)

D-1-GN-12-001420 Swede Hill HOA v. Smith (Travis Co.)